UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-6067

———————

SHAWN CRAWFORD ALLEN,

Petitioner - Appellant,

versus

JOHN JAKE, Acting Warden,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge. (CA-97-598)

———————

Submitted: July 2, 1998          Decided: July 22, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Joseph Dee Morrissey, Jonathan Stanley David, MORRISSEY, HERSHNER & JACOBS, Richmond, Virginia, for Appellant. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shawn Crawford Allen seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Allen v. Jake</u>, No. CA-97-598 (E.D. Va. Dec. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>